UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APRIL NIETO, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CA NO. 3:20-cv-3067-B |
| | § | |
| ALL CARE PROFESSIONAL | § | |
| HOME HEALTH, INC. AND | § | |
| CHRISTY VAN METER, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| DEFENDANTS | | |

## STIPULATION OF FINAL DISMISSAL BY ALL PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

1.	Plaintiff and Counter Defendant April Nieto ("Plaintiff"), and Defendants All Care Professional Home Health, Inc. and Christy Van Meter, Individually, ("Defendants"), and Counter Plaintiff All Care Professional Home Health, Inc. ("Counter Plaintiff") pursuant to Fed. R. Civ. P. 41(a) and (c), hereby enter into a stipulation concerning all claims in this case. As Plaintiff's bankruptcy has been finalized, this Motion is now timely.

2.	Plaintiff hereby stipulates to and hereby does dismiss her claims against Defendants with prejudice. Counter Plaintiff hereby stipulates to and hereby does dismiss its claims against Counter Defendant with prejudice. All parties to this action stipulate that any and all claims by and between the parties are hereby dismissed with prejudice, with the parties to bear their own costs and expenses.

3.	This case is not a class action; a receiver has not been appointed in this case; the case is not governed by any federal statute that requires a court order for dismissal of the case; no

party has previously dismissed any federal or state suit based on or including the same claims as those presented in this case; this dismissal is with prejudice to refiling.

4. This stipulation and dismissal with prejudice disposes of all parties and all issues and is final.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

/s/Constance M. "Misty" Broome
Constance M. "Misty" Broome
State Bar No. 24064954
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102-3685
(214) 978-4131 (direct dial)
(214) 205-3203 (cell)
(214) 978-4172 (facsimile)
mbroome@canteyhanger.com

**ATTORNEYS FOR DEFENDANTS and COUNTER PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 28, 2022.

                                                /s/ Douglas B. Welmaker
                                                Douglas B. Welmaker