UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| APRIL NIETO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:20-CV-3067-B |
| § | |
| ALL CARE PROFESSIONAL HOME § | |
| HEALTH, INC. and CHRISTY VAN § | |
| METER, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

In light of the parties' Rule 41(a) Joint Stipulation of Dismissal (Doc. 53) filed June 29, 2022, it is **ORDERED, ADJUDGED,** and **DECREED** that:

- Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**;

- Defendant All Care Professional Home Health, Inc.'s counterclaims against Plaintiff are **DISMISSED WITH PREJUDICE**;

- Each party shall bear its own costs and expenses.

This is a **FINAL JUDGMENT** in this action. The Clerk of Court is directed to close this case.

**SO ORDERED**.

**SIGNED: June 29, 2022.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE